NO. 07-12-0185-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 13, 2012
_____

MIGUEL R. LOPEZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT OF DEAF SMITH COUNTY;

NO. 2011-00219; HON. TOM SIMONS, PRESIDING
_____

***On Motion to Dismiss***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Miguel R. Lopez, by and through his attorney, has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish.                                                        Per Curiam